[No. 20674–5–I.  Division One.  September 19, 1988.]

*In the Matter of the Marriage of* RENATE HABERPOINTNER,
*Respondent, and* JOHN HABERPOINTNER,
*Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 86–3–02089–8, Gerald L. Knight, J., entered June 5, 1987. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Thompson, J., and Williams, J. Pro Tem.

[No. 21281–8–I.  Division One.  September 19, 1988.]

GERI R. WILLIAMS, *Appellant,* v. PETER MOOTE,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 86–2–04423–0, William E. Howard, J., entered October 5, 1987. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Pekelis, J., and Cole, J. Pro Tem.

[No. 20138–7–I.  Division One.  September 19, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. MARILYN
KATHERINE CARPENTER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86–1–03537–7, James A. Noe, J., entered February 26, 1987. *Affirmed* by unpublished opinion per Webster, J., concurred in by Swanson and Williams, JJ. Now published at 52 Wn. App. 680.